UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Rule 45 Subpoena Directed to One.com | Case No.: 2:21-mc-00023 RSL<br><br>Related Case No. 2:19-cv-02746-DWL<br>U.S. District Court, District of Arizona<br><br>**DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO ONE.COM**<br><br>NOTED ON MOTION CALENDAR:<br>Friday, March 12, 2021 |

Defendant GoDaddy.com, LLC ("GoDaddy"), by and through its counsel, files this Motion, pursuant to Rules 37(a)(1) and 45(g) of the Federal Rules of Civil Procedure and LCR 37, to compel One.com to fully and completely comply with the subpoena issued by GoDaddy in the United States District Court for the District of Arizona in connection with a litigation matter entitled *SiteLock, LLC v. GoDaddy.com, LLC* (Case No.: 2:19-cv-02746-DWL). GoDaddy effectuated service of this subpoena on One.com on January 22, 2021, and to date, One.com has neither served any objection to the subpoena, nor provided any response to the subpoena. For the reasons stated in the accompanying Memorandum of Law, along with the

DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION
AND MOTION TO COMPEL RESPONSE TO RULE 45
SUBPOENA DIRECTED TO ONE.COM - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

accompanying Declaration of Paula L. Zecchini and attached exhibits in support thereof, GoDaddy respectfully requests that this Court grant its Motion and compel One.com to comply with the subpoena.

DATED: February 25, 2021             COZEN O'CONNOR

By: *s/ Paula L. Zecchini*
By: *s/ Sydney R. Hitchcock*
Paula L. Zecchini, WSBA No. 48266
E-mail:   pzecchini@cozen.com
Nathan Dooley, *pro hac vice to follow*
E-mail:   ndooley@cozen.com
Sydney R. Hitchcock, WSBA No. 55426
E-mail:   sydneyhitchcock@cozen.com

999 Third Avenue, Suite 1900
Seattle, Washington  98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783

Attorneys for Defendant GoDaddy.com, LLC.

DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO ONE.COM - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing documents via electronic mail on February 25, 2021, and due to COVID-19 restrictions via overnight mail on February 26, 2021, to the following:

Thomas A. Gilson
Beus Gilbert PLLC
701 N. 44th Street
Phoenix, Arizona 85008
(480) 429-3000
tgilson@beusgilbert.com

Counsel for Plaintiff

Kevin B. Huff
Thomas G. Schultz
Leslie V. Pope
Kellogg, Hansen, et al.
1615 M Street, N.W. Suite 400
Washington, DC 20036
(202) 326-7900
khuff@kellogghansen.com
tschultz@kellogghansen.com
lpope@kellogghansen.com

I further certify that the foregoing documents have been sent out for personal service, and due to COVID-19 restrictions were also served via overnight mail on February 26, 2021, on the following:

One.com
7288 Hanover Green Dr.
Mechanicsville, VA 23111

DATED this February 25, 2021

                COZEN O'CONNOR


                By: s/ Paula Zecchini
                     Paula Zecchini

DEFENDANT GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO ONE.COM - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000