| | |
|---|---|
| From: | Green, Kellyn A |
| To: | WAWDdb_NewCasesSea |
| Cc: | Hitchcock, Sydney; Zecchini, Paula L.; Dooley, Nathan |
| Subject: | In re Rule 45 Subpoena Directed to One.com - Miscellaneous Case - Motion to Compel Subpoena and Motion to File under Seal |
| Date: | Thursday, February 25, 2021 8:49:48 PM |
| Attachments: | Motion to Seal One.zip<br>Motion to Compel One.zip |

**CAUTION - EXTERNAL:**

Attached please find the following sets of documents for filing:

Motion to Compel – One.com:
- Notice of Motion and Motion to Compel Response to Subpoena Directed to One.com
- Memo of Law in Support of Motion to Compel Response to Subpoena Directed to One.com
- Declaration of Zecchini in Support of Motion to Compel Response to Subpoena Directed to One.com (with Exhibits)
- [Proposed] Order Granting Motion to Compel Response to Subpoena Directed to One.com

Motion for Leave to File Exhibit Under Seal – One.com
- Motion for Leave to File Exhibit Under Seal (Re One.com)
- Declaration of Zecchini in Support of Motion for Leave to File Exhibit Under Seal (Re One.com)
- [Proposed] Order Granting Motion for Leave to File Exhibit Under Seal (Re One.com)
- Exhibit A – To be filed under seal

Thank you.

Best,



**Kellyn A. Green**
**Paralegal | Cozen O'Connor**
999 Third Avenue, Suite 1900 | Seattle, WA 98104
P: 206-373-7217
Email | Map | cozen.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.